**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV13-08533 JAK (AGRx) | Date | December 4, 2014 |
|---|---|---|---|
| Title | Vance Sewell v. County of Los Angeles, et al. | | |

Present: The Honorable  JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE

| Andrea Keifer | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** **(IN CHAMBERS) ORDER DISMISSING CASE WITH PREJUDICE (JS-6)**

On October 11, 2014, Greg W. Garrotto filed a motion ("Motion") to withdraw as counsel for Vance Sewell ("Plaintiff"). Dkt. 41. A hearing on the Motion was held on November 10, 2014. Dkt. 43. Plaintiff did not appear at the hearing or explain his absence, despite a prior order that "Plaintiff, or new counsel for Plaintiff if one has already been selected, shall be present at the hearing on the Motion to Withdraw." Dkt. 42. At the hearing, and in a Declaration attached to the Motion, Garrotto provided information about his numerous unsuccessful efforts to communicate with Plaintiff, and the breakdown in their attorney-client relationship caused by what he said was Plaintiff's failure to cooperate in the prosecution of the case. For these reasons, the Motion was tentatively granted at the hearing. Dkt. 43. The minutes of the hearing state:

> The Court's order shall take effect upon the issuance of a more detailed order. Mr. Garrotto shall serve a copy of that order to Plaintiff. Plaintiff shall have ten (10) days from service to respond, explaining his failure to comply with the Court's orders. If Plaintiff fails to respond within the ten (10) days, the Court is inclined to dismiss this action with prejudice for failure to prosecute and failure to comply with the Court's orders.

*Id.*

The Order was issued on November 12, 2014. Dkt. 44. It reiterated that, "[i]f Plaintiff fails to respond within the ten-day period, the Court will dismiss this action with prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute and failure to comply with the Court's orders. Such a dismissal is also warranted because Defendants will suffer prejudice by delay followed by a possible newly filed action." *Id.* at 4.

Garrotto has filed a proof of service showing that, on November 13, 2014, Plaintiff was served with the minutes of the November 10, 2013 hearing. Dkt. 45. On November 14, 2014, Plaintiff was served with the Order. Dkt. 46. Both items were served by mail to Plaintiff's last known address. Dkts. 45, 46. Thus, pursuant to the Order, Plaintiff had until November 28, 2014 to respond.[1]

---

[1] *See* Fed. R. Civ. P. 6(d) (when party must act within a specified number of days after service, three days are added if the party is served by mail); Fed. R. Civ. P. 6(a)(1)(C) (if the last day of such a period would be a legal holiday – such as Thanksgiving, which occurred on November 27 this year – the period continues to run until the

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV13-08533 JAK (AGRx) | Date | December 4, 2014 |
| Title | Vance Sewell v. County of Los Angeles, et al. | | |

More than one week has passed since this deadline, and Plaintiff has not responded. Fed. R. Civ. P. 41(b) provides that an action may be dismissed with prejudice "[i]f the plaintiff fails to prosecute or to comply with these rules or a court order." *See also Hells Canyon Pres. Council v. U.S. Forest Serv.*, 403 F.3d 683, 689 (9th Cir. 2005) (action may be dismissed by court pursuant to Rule 41(b) without formal motion to dismiss filed by party). Plaintiff has failed to prosecute this case or comply with the November 12, 2014 Order, despite having ample opportunity to do so. For these reasons, this action is DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

_____ : _____

Initials of Preparer   ak

---

end of the next day that is not a Saturday, Sunday, or legal holiday).